IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLANDO RAMOS-CARDONA | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4073 |
| | : | |
| UNITED STATES DEPT. OF EDUCATION | : | |
| Defendant. | : | |

## SCHEDULING ORDER

**AND NOW**, this 3rd day of March, 2025, after an Initial Pretrial Conference held with counsel on **March 3, 2025**, it is hereby **ORDERED** as follows:

1. Plaintiff shall file an Amended Complaint by **March 17, 2025**.

2. Defendant shall assemble the administrative record and lodge it with this Court by **May 2, 2025**.

3. Plaintiff shall file any motion seeking discovery and/or supplementation of the administrative record by **June 16, 2025**.

4. The parties shall file cross-motions for summary judgment by **July 1, 2025** or, should discovery be ordered, within sixty days after discovery concludes.

5. The parties shall file responses to motions for summary judgment no later than thirty days after the motions for summary judgment are filed.

BY THE COURT:

s/Catherine Henry
_____
CATHERINE HENRY, J.