# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLANDO RAMOS-CARDONA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 5:24-cv-04073<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**FIRST UPDATED CERTIFICATION OF INDEX TO
ADMINISTRATIVE RECORD**

I, Nikki Bowman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am currently employed as a Supervisory Program Management Analyst by the Office of Loan Portfolio Management for the U.S. Department of Education.

2. The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, including review of information obtained from various records, systems, databases, other Department of Education (Ed.) employees, and information portals maintained and relied upon by Ed. in the regular course of business.

3. I am the custodian of the administrative record of the agency decision to deny plaintiff Rolando Ramos-Cardona's application for Public Service Loan Forgiveness ("Ramos-Cardona PSLF Administrative Record").

1

4. The documents referenced in the attached index are records of Ed. and, in part, Ed.'s contractors, MOHELA and Accenture.

5. Some of these records are not individual documents, but are contained within online web portals that are used by Ed. and its contractors to process PSLF forgiveness requests. Where such portals store information, I have copied and pasted or taken screenshots of the web portals, and pasted them into Word documents as part of compiling this record. The following documents contain screenshots that are records from the Department of Education's SalesForce system, a platform used to process PSLF applications: AR006-9, AR0060-61, AR0074-75, and AR161-162. AR0006-9 is a spreadsheet generated by SalesForce when given a query to produce borrower data.

6. I added dates and names of Department of Education employees to RRC_AR0113-0118 to provide additional information about system notes. Upon further review, I realized the dates on some of these documents are incorrect, insofar as the year is incorrect. In particular, RRC_AR0113, 0115, and 0116 all reference events occurring in December 2024. These dates should all say December 20_23_.

7. Document AR00121-123 consists of internal email exchanges between Department of Education employees. These employees are identified as follows, using their former titles, where appropriate:

   a. Nikki Harris: this is me. My work email address reflects my maiden name.

   b. Karen Bauer and Brian Siegel: Department of Education attorneys.

   c. Margaret Ayanian: Supervisory Management and Program Analyst

   d. Mark LaVia: Deputy Director of Systems and Borrower Processing Division.

8. The documents listed in the accompanying Administrative Record Index and contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true and complete copy of all non-privileged documents and materials considered by Ed. in deciding to deny the PSLF application of Mr. Ramos-Cardona and the request for reconsideration of the denial.

Executed this _25___day of June, 2025

NIKKI BOWMAN
Digitally signed by NIKKI BOWMAN
Date: 2025.06.25 14:32:44 -04'00'

_____
Nikki Bowman
Supervisory Program Management / Analyst

**Ramos-Cardona PSLF Administrative Record**
**Index**

## List of Materials in the Record

| Item No. | Document Title (Description) | Document Nos. |
|---|---|---|
| 1. | (Number not used) | |
| 2. | (Number not used) | |
| 3. | (Number not used) | |
| 4. | USDS 34000- Requirement v3.0.0 | RRC_AR0001-0003 |
| 5. | PSLF- PSLF Employer Adjudication Processing- (DP, Email-to-Case, Manual) | RRC_AR0004-0005 |
| 6. | R. Ramos-Cardona- NSLDS PSLF Data (spreadsheet) | RRC_AR0006-0009 |
| 7. | r_PSLF Application- Received 8.3.22[1] | RRC_AR0010-0012 |
| 8. | r_PSLF Application- Received 9.13.22[2] | RRC_AR0013-0021 |
| 9. | r_PSLF Application- Received 9.30.22[3] | RRC_AR0022-0030 |
| 10. | r_PSLF Wel Ltr - 2.18.23[4] | RRC_AR0031-0034 |
| 11. | r_PSLF Dnl Ltr – 2.18.23[5] | RRC_AR0035-0039 |
| 12. | r_PSLF QP Ltr – 3.31.23[6] | RRC_AR0040-0043 |
| 13. | r_PSLF Dnl Ltr – 8.23.23[7] | RRC_AR0044-0045 |
| 14. | EIN 20-0720359, Determination Case 08708645, PA SOS, SCOTT W WATERMAN PC (11.2.23 search of PA Secretary of State website) | RRC_AR0046-0047 |

---

[1] This document has been redacted. *See* Fed. R. Civ. P. 5.2.
[2] This document has been redacted. *See* Fed. R. Civ. P. 5.2.
[3] This document has been redacted. *See* Fed. R. Civ. P. 5.2.
[4] This document has been redacted. *See* Fed. R. Civ. P. 5.2.
[5] This document has been redacted. *See* Fed. R. Civ. P. 5.2.
[6] This document has been redacted. *See* Fed. R. Civ. P. 5.2.
[7] This document has been redacted. *See* Fed. R. Civ. P. 5.2.

| 15. | EIN 20-0720359-ACB, Determination Case 08708645, By Laws (N4541558).DOCX- Standing Chapter 13 Trusteeship Scott F. Waterman, East | RRC_AR0048-0049 |
|---|---|---|
| 16. | 20-0720359-ACB By Laws (N4541558).DOCX-Standing Chapter 13 Trusteeship Scott F. Waterman, Eastern District PA | RRC_AR0050-0051 |
| 17. | 20-0720359-Home-Scott F. Waterman, Standing Chapter 13 | RRC_AR0052 |
| 18. | 20-0720359-PA DOJ Trustee List-Scott F. Waterman | RRC_AR0053-0055 |
| 19. | 20-0720359-PA SOS-Scott F. Waterman | RRC_AR0056-0057 |
| 20. | 20-0720359-PASOS-SCOTT F WATERMAN B | RRC_AR0058-0059 |
| 21. | EIN 20-0720359, Reconsideration Case 16738594_Salesforce_Redacted (borrower reconsideration webform entry submitted 11.16.23) | RRC_AR0060-0061 |
| 22. | CH 13 Handbook Chapter 2 Sections D | RRC_AR0062-0063 |
| 23. | EIN 20-0720359, Reconsideration Case 16738594, 6.15.22 Letter from Employer on Public Serv. | RRC_AR0064-0066 |
| 24. | Ch 13 Handbook Chapter 2 Section D | RRC_AR0067-0068 |
| 25. | r_Rolando Student Loan Brief Nov 15 2 (dated 12.17.24 on webform)[8] | RRC_AR0069-0072 |
| 26. | CCF11152023_EIN 20-0720359_Reconsideration Case 16738594_DOJ Designation as Standing Ch. 13 Trustee_CCF111152023 | RRC_AR0073 |
| 27. | EIN 20-0720359, Reconsideration Case 16755347_Salesforce_Redacted (borrower reconsideration webform entry submitted 11.17.23) | RRC_AR0074-0075 |
| 28. | r_W2 Rolando Ramos-Cardona[9] | RRC_AR0076-0077 |
| 29. | CH 13 Handbook Chapter 1 Sections A | RRC_AR0078 |

---

[8] This document has been redacted. *See* Fed. R. Civ. P. 5.2.
[9] This document has been redacted. *See* Fed. R. Civ. P. 5.2.

| 30. | CH 13 Handbook Chapter 1 Sections C | RRC_AR0079-0081 |
| --- | --- | --- |
| 31. | CH 13 Handbook Chapter 2 Sections B | RRC_AR0082-0083 |
| 32. | CH 13 Handbook Chapter 2 Sections C | RRC_AR0084-0085 |
| 33. | CH 13 Handbook Chapter 6 Section A | RRC_AR0086 |
| 34. | CH 13 Handbook Chapter 6 Section A II | RRC_AR0087-0095 |
| 35. | CH 13 Handbook Chapter 6 Section A III | RRC_AR0096-0097 |
| 36. | CH 13 Handbook Chapter 7 Sections A | RRC_AR0098 |
| 37. | 22.06.15 Letter from Employer on Public Service | RRC_AR0099-0101 |
| 38. | 39548 Federal Register Vol. 71 No. 134 | RRC_AR0102-0107 |
| 39. | Ramos-Cardona Review Notes (screenshots of web portal) | RRC_AR0108-0112 |
| 40. | Ramos-Cardona Review Notes (annotated to show the dates and individual acting) | RRC_AR0113-0118 |
| 41. | r_PSLF Dnl Ltr – 2.2.24[10] | RRC_AR0119-0120 |
| 42. | r_FW. FSA's Trustee Information_redacted[11] –(email thread 12.20.23 – 2.20.24 ) | RRC_AR0121-0123 |
| 43. | EIN 20-0720359, Determination Case 18740348, 2.28.24 Letter from Employer Scott Waterman | RRC_AR0124-0160 |
| 44. | EIN 20-0720359, Reconsideration Case 18495414_Salesforce_Redacted (borrower reconsideration webform entry submitted 03.04.24) | RRC_AR0161-0162 |
| 45. | r_PSLF Application- Received 3.14.24[12] | RRC_AR0163-0168 |
| 46. | r_PSLF Application- Received 3.14.24-2[13] | RRC_AR0169-0170 |

---

[10] This document has been redacted. *See* Fed. R. Civ. P. 5.2.

[11] This document has been redacted to remove information covered by the attorney-client privilege and that is accordingly not part of the administrative record, and references to another entity whose PSLF employer eligibility was under consideration.

[12] This document has been redacted. *See* Fed. R. Civ. P. 5.2.

[13] This document has been redacted. *See* Fed. R. Civ. P. 5.2.

| | | |
|---|---|---|
| 47. | PSLF Emails (2.18.23 – 2.7.24) | RRC_AR0171-0176 |
| 48. | PSLF Employer Search Tool | RRC_AR0177 |
| 49. | Ramos_Cardona_Applications (spreadsheet) | RRC_AR0178-0192 |