IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROLAND RAMOS-CARDONA     :
                    **Plaintiff,**   :   CIVIL ACTION
                                    :
    **v.**                               :   NO.  24-4073
                                    :
UNITED STATES DEPARTMENT OF   :
EDUCATION, et al.              :
                 **Defendants.**   :

**ORDER**

**AND NOW**, this 26th day of March, 2026, upon consideration of Defendants' Motion for Summary Judgment on the Administrative Record (ECF No. 29), Plaintiff's Motion for Summary Judgment (ECF No. 30), and Defendants' Motion to Strike the Waterman Affidavit (ECF No. 31), and the responses and replies thereto, it is hereby **ORDERED** as follows:

1.      Defendants' Motion for Summary Judgment on the Administrative Record is **DENIED**.

2.      Plaintiff's Motion for Summary Judgment is **GRANTED** in part.  The case is remanded to the United States Department of Education for reconsideration of Plaintiff's Public Service Loan Forgiveness application not inconsistent with the accompanying Memorandum Opinion.[1]

3.      Defendants' Motion to Strike the Waterman Affidavit is **GRANTED**.

---

[1] Plaintiff would have me direct the Department as to the classification of his employer for PSLF purposes, but as discussed in the accompanying Memorandum Opinion, I decline to do so at this time.

4.      The current Secretary of Education is Linda E. McMahon and not Dr. Miguel Cardona.  The Clerk shall amend the docket and caption to replace Defendant Dr. Miguel Cardona with Linda E. McMahon.

BY THE COURT:

*/s/ Catherine Henry*

CATHERINE HENRY, J.